IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JOSE A. LOPEZ,**<br><br>**Defendant.** | **2:24-PO-05024-KLD**<br>VIOLATION: FBDW00JK<br><br>Location Code: M4B<br><br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $40.00, the $10.00 special assessment and the $30.00 processing fee, totaling $80.00, for violation number FBDW00JK. Payment shall be made by November 8, 2024.

Payment should be made online at www.cvb.uscourts.gov or mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check should be made out to the U.S. Courts - CVB.

///

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for October 8, 2024, is VACATED.

DATED this __3rd__ day of October, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge